# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

145550

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WILLIAM SCOTT KINCAID, ERAINA POOLE,
and GEORGE POOLE,
　　　　　Plaintiffs-Appellants,

v

CITY OF FLINT,
　　　　　Defendant-Appellee.

SC: 145550
COA: 310221

_____/

On order of the Court, the application for leave to appeal the June 29, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

Clerk

p1015